**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-14-0001064**
**04-DEC-2015**
**09:12 AM**

NO. CAAP-14-0001064

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SHIRLEY PISO PICO, formerly known as SHIRLEY PICO UNTALAN,
Plaintiff-Appellant, v. ALEX GANO UNTALAN, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 04-1-0292)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Foley, Presiding Judge, Fujise and Reifurth, JJ.)

Upon consideration of Plaintiff-Appellant Shirley Piso Pico's (Appellant) document filed on December 2, 2015 that we deem a Motion for Reconsideration of the Order Denying Motion for Retention of Oral Argument and the Summary Disposition Order both filed on November 23, 2015, the papers in support, and the record and files herein,

IT IS HEREBY ORDERED that Appellant's Motion is denied.

DATED:  Honolulu, Hawai'i, December 4, 2015.

Presiding Judge

Associate Judge

Associate Judge